UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MICHAEL TEDESCHI,

        Plaintiff,

v.

CHEX SYSTEMS, INC.,

        Defendant.

Case No. 17-cv-00153
Hon. Gordon J. Quist

Removed from 96th District Court
Case No. 2017-158616

| Michael Tedeschi | DICKINSON WRIGHT PLLC |
|---|---|
| In Pro Per | KJ Miller (P62014) |
| 207 Sidewinder St. | *Attorneys for Defendant* |
| Gwinn, MI 49841 | 350 S. Main Street, Suite 300 |
| (906) 346-2661 | Ann Arbor, MI 48104-2131 |
| | (734) 623-7075 |

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

    Plaintiff, Michael Tedeschi, and Defendant, Chex Systems, Inc. (collectively, the "Parties") by counsel, jointly file this stipulation of dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

    The Parties have reached an agreement of settlement with respect to all claims asserted in the Complaint. Accordingly, pursuant to that agreement, the Parties jointly stipulate that this action is hereby **DISMISSED WITH PREJUDICE** in its entirety. The Parties agree that the Court retains jurisdiction to enforce the terms of the settlement.

    IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and without costs. This Order closes the case.

    IT IS SO ORDERED.

Dated: October 4, 2017

/s/ Gordon J. Quist
UNITED STATES DISTRICT JUDGE

Stipulations:

By: /s/ Michael Tedeschi (w/permission)
Michael Tedeschi
In Pro Per
207 Sidewinder St.
Gwinn, MI 49841
(906) 346-2661
mjted@icloud.com

By: /s/ KJ Miller
KJ Miller (P62014)
DICKINSON WRIGHT PLLC
Attorneys for Defendant
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1610
kjmiller@dickinsonwright.com

Stipulations:

By: /s/ *[signature]*
Michael Tedeschi
In Pro Per
207 Sidewinder St.
Gwinn, MI 49841
(906) 346-2661
mjted@icloud.com

By: /s/ KJ Miller
KJ Miller (P62014)
DICKINSON WRIGHT PLLC
Attorneys for Defendant
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1610
kjmiller@dickinsonwright.com

8